■ In the Matter of JOHN BARTFAI, Appellant, v STATE OF NEW YORK, DEPARTMENT OF AGRICULTURE AND MARKETS, Respondent. [666 NYS2d 521] —Appeal from a judgment of the Supreme Court (Kane, J.), entered September 26, 1996 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion for, *inter alia*, summary judgment dismissing the petition.

Judgment affirmed, upon the opinion of Justice Anthony Kane.

Mikoll, J. P., Yesawich Jr., Peters, Spain and Carpinello, JJ., concur. Ordered that the judgment is affirmed, without costs.